PFAUDLER BARM EXTRACTING BUNGING APPARATUS COMPANY, Respondent, *v.* JAMES SARGENT et al., Appellants.

(Argued June 25, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 17, 1886, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Van Voorhis* for appellants.

*Theodore Bacon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

----

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KATE BRANDT, Appellant.

(Submitted June 27, 1888; decided October 2, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made January 28, 1888, which affirmed a judgment of the Court of Sessions of Albany county, convicting the defendant of the crime of abduction.

*Edward J. Meegan* and *Thomas F. Connor* for appellant.

*Hugh Reilly* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.